| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Lovee D. Sarenas (SBN. 204361) <br> lovee.sarenas@dinsmore.com <br> Jonathan Serrano (SBN. 333225) <br> jonathan.serrano@dinsmore.com <br> DINSMORE & SHOHL LLP <br> 550 S. Hope Street, Suite 1765 <br> Los Angeles, CA  90071 <br> Telephone:  213.335.7737 <br><br> ☐ *Individual appearing without attorney* <br> ☒ *Attorney for:*  Peter J. Mastan, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re: <br><br> BEACON ORGANICS, LLC, <br><br><br><br><br><br><br><br><br><br><br><br><br><br> Debtor(s). | CASE NO.: 2:22-bk-11295-WB <br><br> CHAPTER: 7 |
|---|---|
| | **NOTICE OF MOTION FOR:** <br> ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN THE TRUSTEE AND AION ACQUISITION LLC <br><br> (*Specify name of Motion*) |
| | DATE: 10/05/2023 <br> TIME:  2:00 p.m. <br> COURTROOM: 1375 <br> PLACE: 255 E. Temple Street <br>            Los Angeles, CA 90012 |

1.  TO (*specify name*):  Hon. Julia W. Brand, Debtor, The US Trustee, All Parties in Interest and Respective Counsel

2.  NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3.  **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                      Page 1                                **F 9013-1.1.HEARING.NOTICE**

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date:  09/14/2023

Dinsmore & Shoh LLP
Printed name of law firm

Signature

Lovee D. Sarenas
Printed name of attorney

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 2                                    **F 9013-1.1.HEARING.NOTICE**

## Attachment to the Notice of Hearing
## [F 9013-1.1 Hearing.Notice]

**PLEASE TAKE NOTICE** that on September 14, 2023, Peter J. Mastan, the Chapter 7 Trustee (the "Trustee") for the bankruptcy estates (each an "Estate" and collectively, the "Estates") of debtors Beacon Organics, LLC ("Beacon"), Greenerways LLC ("Greenerways"), and Choice Essential Oils, LLC ("Choice" and, collectively with Beacon and Greenerways, the "Debtors"), filed a Motion in the above-captioned case for entry of an order approving that certain Settlement Agreement (the "Agreement") by and between the Trustee, solely in his capacity as the Trustee for the Estates, on the one hand, and Aion Acquisition LLC, for itself and on behalf of and as successor in interest to P2Bi Holdings LLC ("Aion" and, together with the Trustee, the "Parties"), on the other hand. Specifically, the Trustee seeks an order that does the following:

1. Grants the Motion;
2. Approves the terms and conditions of the Agreement, which is attached to the Motion as **Exhibit 1**;
3. Authorizes the Trustee to settle with Aion on the terms set forth in the Agreement and to take any and all steps reasonably necessary to consummate the Agreement and related transactions;
4. Provides for the allowance of Aion's claim pursuant to the terms and conditions set forth in the Agreement;
5. Authorizes the Parties to perform the terms of the Agreement, including granting the releases contemplated in the Agreement, and finds, based on all of the facts and circumstances, that all Parties have acted in good faith and negotiated at arm's length in entering into the Agreement;
6. Provides that the Court retains jurisdiction to interpret and enforce the Agreement and the Court's order relating thereto; and
7. Determines that adequate notice of the Motion was given.

**PLEASE TAKE FURTHER NOTICE** that the Motion is made pursuant to 9019 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule"), 11 U.S.C. §§ 105 and 363, and Rules 2002-1 and 9013-1 of the Local Bankruptcy Rules for the Central District of California ("LBR") on the ground that the proposed settlement (i) resolves the dispute between the Estates and Aion on all matters involving Aion, the Debtors and the Estates, including the secured claim of Aiono against the Estates, the dispute relating to the Greenerways Estate's Employee Retention Credit ("ERC"), and the Estates' claims against Aion; and (ii) is in the best interests of the Estates.

Pursuant to the proposed settlement, Aion shall have an allowed reduced claim in each of the Chapter 7 Cases, on a joint and several basis, in the amount of $5,669,258.94 (the "Aion Allowed Claim"). The Greenerways' Estate will retain 75% of the ERC that Greenerways received in the amount of $879,369.82, unencumbered by Aion's lien and security interest. Aion will retain a first-priority lien on, and security interest in, 25% of the ERC such that (a) the Trustee shall retain $642,241.34 of the ERC Payment for Greenerways' estate, unencumbered by any lien or security interest of Aion, and (b) Aion shall retain a first-priority lien on and

security interest in $214,080.45 of the ERC (the "Aion Portion of ERC Payment"). Aion shall have an allowed secured claim in the Greenerways case solely to the extent of the Aion Portion of the ERC Payment. Aion shall have an allowed unsecured claim in each of the chapter 7 cases for all sums owed on account of Aion's Allowed Claim, less the Aion Portion of ERC Payment. Any payment of Aion's Allowed Claim or any portion thereof, from any of the Estates, including, without limitation, payment of the Aion Portion of ERC Payments, shall be deemed to reduce Aion's Allowed Claim against all Estates on a dollar-for-dollar basis so that Aion shall be entitled to recover no more than Aion's Allowed Claim from the Estates in the aggregate. The Parties are exchanging mutual general releases.

*The foregoing contains a summary of the terms of the proposed settlement. The actual terms of the proposed settlement are as set forth in the Agreement. Interested parties are encouraged to read the Agreement. Any conflict between the summary in this Notice and the terms of the Agreement shall be controlled by the terms of the Agreement.*

**PLEASE TAKE FURTHER NOTICE** that the Motion is based on (a) this Notice of Motion and Motion; (b) the Memorandum of Points and Authorities, Declaration of Peter J. Mastan, and exhibit(s) submitted in support of the Motion, (c) the pleadings on file in this case of which the Court is requested to take judicial notice, and (d) such other pleadings and evidence as may be properly submitted in connection with the Motion.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rules 9013-1(f), any response to the Motion must be (i) in writing and include a complete written statement of all reasons in opposition thereto or in support or joinder thereof, declarations and copies of all photographs and documentary evidence on which the responding party intends to rely and any responding memorandum of points and authorities, and (ii) filed with the Bankruptcy Court and served on the Trustee, Aion, the Debtors, and the United States Trustee no later than 14 days before the hearing on the Motion at the following addresses:

| **For Filing with the Court:** | **For Service on Judge Brand:** |
|---|---|
| Clerk's Office | Hon. Julia W. Brand |
| United States Bankruptcy Court | United States Bankruptcy Court |
| 255 E. Temple Street | 255 E. Temple Street, Suite 1382 |
| Los Angeles, CA 90012 | Los Angeles, CA 90012 |

| **For Service on the Trustee:** | **For Service on the U.S. Trustee:** |
|---|---|
| Lovee D. Sarenas, Esq. | Office of the U.S. Trustee |
| Dinsmore & Shohl LLP | 915 Wilshire Blvd., Suite 1850 |
| 550 S. Hope Street, Suite 1765 | Los Angeles, CA 90017 |
| Los Angeles, CA 90071-2627 | |

| **For Service on Counsel for the Debtors** | **For Service on the Debtors** |
|---|---|
| Hamid R. Rafatjoo, Esq. | Greenerways LLC |
| Raines Feldman Littrell LLP | 2850 East Pico Blvd. |
| 1900 Avenue of the Starts, 19th Fl | Los Angeles, CA 90023 |
| Los Angeles, CA 90067 | |

| | |
|---|---|
| **For Service on Aion**<br>Adam L. Hirsch, Esq.<br>Kyle K. Burgi, Esq.<br>Davis Graham & Stubbs LLP<br>1550 17th Street, Suite 500<br>Denver, CO 80202 | **For Service on Beacon**<br>Beacon Organics, LLC<br>2850 East Pico Blvd.<br>Los Angeles, CA 90023 |
| and | |
| Jerrold L. Bregman, Esq.<br>Brutzkus Gubner Rozansky<br>Seror Weber LLP<br>21650 Oxnad St, Ste 500<br>Woodland Hills, CA 90032 | **For Service on Choice**<br>Choice Essential Oils LLC<br>3115 E. 12th Street<br>Los Angeles, CA 90023 |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 9013-1(h), the failure to file and serve a timely response to the Motion or request a hearing on the Motion may be deemed by the Court to be consent to the granting of the relief requested in the Motion.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

550 South Hope Street, Suite 1765, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR** (*specify name of motion*) ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN THE TRUSTEE AND AION ACQUISITION LLC; will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/14/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 09/14/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 09/14/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/14/2023 | Katrice Ortiz | /s/ Katrice Ortiz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 3    F 9013-1.1.HEARING.NOTICE

**In re Beacon Organics LLC**
**U.SB.C. – Los Angeles Division**
**Case No. 2:22-bk-11295-WB**

I. **SERVED VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Jerrold L Bregman**    jbregman@bg.law, ecf@bg.law *[Counsel to Aion Acquisition LLC]*
- **Kyler K Burgi**    kyler.burgi@dgslaw.com **[Counsel to Aion Acquisition LLC]**
- **Christopher Celentino**    christopher.celentino@dinsmore.com, caron.burke@dinsmore.com *[Counsel to Ch. 7 Trustee]*
- **Adam L Hirsch**    adam.hirsch@dgslaw.com, robin.anderson@dgslaw.com *[Counsel to Aion Acquisition LLC]*
- **Garrick A Hollander**    ghollander@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com *[Counsel to Winthrop Golubow Hollander, LLP]*
- **Peter J Mastan (TR)**    pmastan@iq7technology.com; travis.terry@dinsmore.com; ecf.alert+Mastan@titlexi.com *[Ch. 7 Trustee]*
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com *[Counsel to Debtor]*
- **Lovee D Sarenas**    lovee.sarenas@dinsmore.com, katrice.ortiz@dinsmore.com *[Counsel to Ch. 7 Trustee]*
- **William A Smelko**    William.Smelko@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com *[Counsel to Michael T. Ashley and Jayme Neiberg]*
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Kimberly Walsh**    bk-kwalsh@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov *[Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division]*
- **Gregg Zucker**    gregg@foundationlaw.com *[Counsel to the Merchant of Tennis, Inc.]*

II. **SERVED VIA REGULAR U.S. MAIL:**

**DEBTOR**

Beacon Organics, LLC
2850 East Pico Blvd.
Los Angeles, CA  90023

**SECURED CREDITORS**

AION Acquisition LLC
Attn: Cyd D. Petre
75 East Santa Clara St., Suite 900
San Jose, CA 95113-1842

P2BInvestor Inc.
1120 Lincoln Street, #100
Denver, CO 80203-2116

P2BI Holdings, LLC
20 Burlington Mall Road, Suite 420
Burlington, MA 01803-4129

**CREDITORS AND/OR INTERESTED PARTIES**

| | |
|---|---|
| SLBiggs<br>10960 Wilshire Boulevard, 7th Floor<br>Los Angeles, CA 90024-3710 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| Texas Comptroller of Public<br>Accounts, Revenu<br>Kimberly A. Walsh<br>c/o Sherri K. Simpson<br>PO Box 12548<br>Austin, TX 78711-2548 | Foundation Law Group LLP<br>Attn: Gregg Zucker<br>2049 Century Park East, Suite 2400<br>Los Angeles, CA 90067-3126 |
| The Merchant of Tennis, Inc.<br>8737 Wilshire Blvd.<br>Beverly Hills, CA 90211-2701 | Franchise Tax Board<br>Bankruptcy Section, MS A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| Andrew M. Levine<br>71 West 83rd Street, Apt. 5M<br>New York, NY 10024-5267 | George Stamos<br>1870 NW Drive<br>Point Pleasant NJ 08742-5236 |
| Charles Crookenden<br>107 Canoe Hill Road<br>New Canaan, CT 06840-3704 | Greenerways LLC<br>2850 East Pico Blvd.<br>Los Angeles, CA 90023-3610 |
| Choice Essential Oils, LLC<br>2850 East Pico Blvd.<br>Los Angeles, CA 90023-3610 | Huggard Law LLC<br>Attn: Stephen G. Huggard<br>101 Arch Street, 8th Floor<br>Boston, MA 02110-7500 |
| Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division<br>MC-008<br>PO Box 12548<br>Austin TX  78711-2548 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Davis Graham & Stubbs LLP<br>Attn: Adam L. Hirsh<br>1550 Seventeenth Street, Suite 500<br>Denver, CO 80202-1500 | JJJAJ Investment Company, LLC<br>4055 Redwood Ave., No. 432<br>Los Angeles, CA 90066-5185 |
| Davis Graham & Stubbs LLP<br>Attn: Kyler K. Burgi<br>1550 Seventeenth Street, Suite 500<br>Denver, CO 80202-1500 | Jayme Bella<br>4055 Redwood Avenue, #432<br>Los Angeles, CA 90066-5381 |
| Eileen Banasiak<br>1103 Aileen Road<br>Brielle, NJ 08730-1101 | Jerrold L. Bregman<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367-4911 |
| Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001 | John Gallina<br>19 Oxford Dr<br>Ocean NJ 07712-3265 |

| | |
|---|---|
| LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR<br>ATTN BANKRUPTCY UNIT<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 | State Board of Equalization<br>Account Information Group, MIC 29<br>PO Box 942879<br>Sacramento, CA 94279-0029 |
| Michael Afkhami and Sonbol Asef Vaziri<br>4244 Park Alisal<br>Calabasas CA 91302-1780 | Tom E. Schuman, Jr.<br>East Coast Distributors<br>2 Overton Pass<br>St. James, NY 11780-1324 |
| Natalie Polacco<br>591 Otis Street<br>Kingston NY 12401-1907 | Toni Demeo<br>45 Waverly Place<br>Red Bank, NJ 07701-1713 |
| Natalie Polacco<br>696 Goodlet Circle<br>Charleston, SC 29412-8329 | U.S. Merchants Financial Group Inc.<br>Attn: Jeff Green<br>8737 Wilshire Blvd.<br>Beverly Hills, CA 90211-2701 |
| Rich Iannone<br>8 Norwick Lane<br>Smithtown, NY 11787-1212 | U.S. Securities & Exchange Commission<br>Attn: Bankruptcy Counsel<br>444 South Flower Street, Suite 900<br>Los Angeles, CA 90071-2934 |
| Sharon J. Neiburg<br>4055 Redwood Avenue, #432<br>Los Angeles, CA 90066-5381 | Victoria Longobardi<br>20460 Via Canarias<br>Yorba Linda, CA 92887-3200 |
| Sierra Constellation Partners<br>Attn: Robert O. Riiska<br>355 S. Grand Avenue, Suite 1450<br>Los Angeles, CA 90071-3152 | Jayme Neiberg<br>4055 Redwood Ave. #432<br>Los Angeles, CA 90066-5381 |

### III.     SERVED BY OVERNIGHT DELIVERY (FED EX):

**United States Bankruptcy Court**

Honorable Julia W. Brand
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

5